## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| JAYME LIPPE AND WENDY LIPPE, | : | Case No. 16-32244 |
| Debtor. | : | |
| PHOENIX MITCHELL, RANDALL ROTH, DANIEL DRUML, AND TRACY SCHROEDER | : | Adversary Proc. No. 17-02088 |
| Plaintiffs, | : | |
| v. | : | |
| JAYME LIPPE AND WENDY LIPPE, | : | |
| Defendant. | : | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 7041

Plaintiffs, Phoenix Mitchell, LLC, Randall Roth, Tracy Schroeder, and Daniel Druml ("Plaintiffs"), creditors and parties in interest in the above-captioned bankruptcy proceeding, by their undersigned counsel, hereby voluntarily dismiss this Adversary Proceeding pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The dismissal shall be with prejudice and without costs to any party.

Dated this 19th day of May, 2017.

                                                                Respectfully Submitted,
                                                                HALE LAMMIMAN GROUP, LTD.
                                                                Attorneys for Plaintiffs

                                                                By:   */s/ Forrest B. Lammiman*
                                                                           Forrest B. Lammiman

ADDRESS:
788 N. Jefferson St.
Suite 700
Milwaukee, Wisconsin 53202
(414) 278-8000
(414) 278-9100